UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACCESS FOR THE DISABLED, INC.,
a Florida Not-For-Profit corporation, and
DENISE PAYNE, Individually,

    Plaintiffs,

vs.

Case No. 1:09-cv-00940
Honorable Janet T. Neff

RAMCO-GERSHENSON PROPERTIES
TRUST, INC., a Maryland Corporation, and
RAMCO-GERSHENSON PROPERTIES L.P.,
a Delaware Limited Partnership,

    Defendants.
_____/

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation and agreement of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case shall be and the same hereby is dismissed with prejudice in its entirety and without costs being awarded to any party.

This resolves the last pending claim and closes the case.

_____  
Date

_____  
Honorable Janet T. Neff
United States District Court Judge

Case 1:09-cv-00940-JTN   ECF No. 12,  PageID.29   Filed 04/21/10   Page 2 of 2

2

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| By: /s with consent of Owen B. Dunn, Jr. | By: /s Bernice McReynolds |
| Owen B. Dunn, Jr. (P66315) | Robert M. Vercruysse (P21810) |
| Law Office of Owen B. Dunn Jr. | Bernice McReynolds (P44019) |
| Attorney for Plaintiffs | Attorneys for Defendants |
| Law Office of Owen B. Dunn Jr. | VERCRUYSSE MURRAY & CALZONE |
| 520 Madison Avenue, Suite 330 | 31780 Telegraph Road, Suite 200 |
| Toledo, OH 43604 | Bingham Farms, MI 48025 |
| (419) 241-9661 | (248) 540-8019 |
| dunnlawoffice@sbcglobal.net | Rvercruysse@vmclaw.com |
| | Bmcreynolds@vmclaw.com |